United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tiffany Brown
    Debtor

Case No. 15-15725-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2     Date Rcvd: Aug 18, 2017
                   Form ID: 138NEW     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db             +Tiffany Brown,    335 Hampden Road,    Upper Darby, PA 19082-4008
13581908       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13661683        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13578628      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13589189       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13578631      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     1 Dell Way,    Round Rock, TX 78682)
13578644       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13578646       +IC System,    Po Box 64378,    Saint Paul, MN 55164-0378
13578645       +IC System,    Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
13641804        Navient Solutions, Inc.,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13578649       +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
13578651        Pa Housing Finance Age,    Agency,    Harrisburg, PA 17101
13578658      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Mtr,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
13578657        Thinkcashfbd,    Brandywine Commons,    Wilmington, DE 19803
13578659        Toyota Mtr,    Address Not Available,    Atlanta, GA 30309
13578660       +True Accord Corp,    153 Maiden Lane, 3rd Floor,    San Francisco, CA 94108-5301
13696365       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13695741       +U.S. Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839206       +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2017 01:41:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2017 01:42:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13581856        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2017 01:53:07
                 American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13664529        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2017 01:46:31
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13633709       +E-mail/Text: bncmail@w-legal.com Aug 19 2017 01:42:06     COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13578629       +E-mail/Text: bankruptcy@credencerm.com Aug 19 2017 01:43:16     Credence Resource Mana,
                 17000 Dallas Parkway Sui,    Dallas, TX 75248-1940
13578632       +E-mail/PDF: pa_dc_ed@navient.com Aug 19 2017 01:46:54     Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13578641       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 19 2017 01:43:11     Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
13578642       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2017 01:46:29     GECRB/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13578643       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2017 01:47:17     GECRB/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13578647       +E-mail/Text: pa_dc_claims@navient.com Aug 19 2017 01:46:30     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13617819        E-mail/PDF: pa_dc_litigation@navient.com Aug 19 2017 01:46:32
                 Navient Solutions Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13665898        E-mail/Text: blegal@phfa.org Aug 19 2017 01:41:59     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13630760        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2017 02:04:23
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13578652       +E-mail/Text: blegal@phfa.org Aug 19 2017 01:42:00     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13578650       +E-mail/Text: blegal@phfa.org Aug 19 2017 01:42:00     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13578653        E-mail/Text: bankruptcypgl@plaingreenloans.com Aug 19 2017 01:43:03     Plain Green,
                 93 Mack Road Suite,    Box Elder, MT 59521
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Aug 18, 2017
                               Form ID: 138NEW             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13578656        +E-mail/Text: clientservices@sourcerm.com Aug 19 2017 01:43:12      Source Receivables Man,
                 4615 Dundas Dr Ste 102,    Greensboro, NC 27407-1761
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               AmeriCredit Financial Services, Inc. dba GM Financ
13613873*       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
13578630*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
                 Po Box 81577,    Austin, TX 78708)
13578633*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578634*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578635*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578636*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578637*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578638*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578639*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578640*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
13578648*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13578654*        Plain Green,    93 Mack Road Suite,    Box Elder, MT 59521
13578655*        Plain Green,    93 Mack Road Suite,    Box Elder, MT 59521
                                                                                         TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, et. al.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, et. al. lhaller@pkh.com,
               dmaurer@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Tiffany  Brown bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Tiffany  Brown bestcasestephen@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, et. al.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 8
```

Case 15-15725-sr    Doc 36    Filed 08/20/17    Entered 08/21/17 01:08:18    Desc Imaged
                    Certificate of Notice    Page 3 of 3
*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tiffany Brown
       Debtor(s)                                                     Bankruptcy No: 15−15725−sr

                                                                        Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                    For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court

Dated: 8/18/17

                                                                                       35 − 34
                                                                     Form 138_new