United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-15725-sr
Tiffany Brown                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1           Date Rcvd: Sep 22, 2017
                       Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
db             +Tiffany Brown,    335 Hampden Road,    Upper Darby, PA 19082-4008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, et. al.
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, et. al. lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Tiffany  Brown bestcasestephen@gmail.com
      STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Tiffany  Brown bestcasestephen@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, et. al.
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Tiffany Brown                                                  : Case No. 15−15725−sr

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 22, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

38
Form 195